
FILED
SEP 25 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-16-115-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO CONTINUE SENTENCING UNDER SEAL |
| ANDREW RICHARD CARVER, | |
| Defendant. | |

Upon Defendant's Unopposed Motion for Leave to File Motion to Continue Sentencing Under Seal (Doc. 32), and for good cause appearing,

IT IS HEREBY ORDERED Defendant's Unopposed Motion for Leave to File Motion to Continue Sentencing Under Seal (Doc. 32) is **GRANTED**. Defendant's Motion to Continue Sentencing is filed under seal.

Dated this 25th day of September, 2017.

SUSAN P. WATTERS
DISTRICT COURT JUDGE

1