IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR-16-115-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW DOCUMENTS** |
| ANDREW RICHARD CARVER, | |
| Defendant. | |

Upon Defendant's Motion to Withdraw Documents (Doc. 40), and good cause appearing,

IT IS HEREBY ORDERED Defendant's Motion to Withdraw documents 36 and 37 is GRANTED. The Court will not consider documents 36 or 37, but instead, will consider documents 38 and 39.

Dated this 31st day of October, 2017.

SUSAN P. WATTERS
DISTRICT COURT JUDGE

1