

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-16-115-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR TRANSPORT UNDER SEAL** |
| ANDREW RICHARD CARVER, | |
| Defendant. | |

Upon Defendant's Unopposed Motion for Leave to File Motion for Transport Under Seal (Doc. 38), and good cause appearing,

IT IS HEREBY ORDERED Defendant's Unopposed Motion for Leave to File Motion for Transport Under Seal is **GRANTED**.

Dated this 31st day of October, 2017.

SUSAN P. WATTERS
DISTRICT COURT JUDGE

1