

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW RICHARD CARVER,<br><br>Defendant. | CR-16-115-BLG-SPW<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR TRANSPORT** |

Upon the Defendant's Unopposed Motion for Transport (Doc. 39), and good cause appearing,

IT IS HEREBY ORDERED Defendant shall be immediately transported back to Yellowstone County Detention Facility by the U.S. Marshals.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

Dated this 31st day of October, 2017.

SUSAN P. WATTERS
DISTRICT COURT JUDGE

1