
FILED
JAN 1 1 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW RICHARD CARVER,<br><br>Defendant. | CR-16-115-BLG-SPW<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PSYCHOLOGICAL EVALUATION UNDER SEAL** |

Upon the Defendant's Unopposed Motion for Leave to File Psychological Evaluation Under Seal (Doc. 54), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Psychological Evaluation Under Seal is **GRANTED**. The Psychological Evaluation shall be filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

Dated this 11th day of January, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1